No. 452. MARTIN MARIETTA CORP. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Terrence C. Sheehy* and *Clark C. Vogel* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Turner, Irwin A. Seibel, James McI. Henderson* and *Charles C. Moore, Jr.,* for respondent.

No. 301, Misc. BAILEY *v.* DEQUEVEDO. C. A. 3d Cir. Certiorari denied. . MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Peter O. Clauss* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley, John C. Eldridge* and *Robert V. Zener* for respondent.

No. 479. HILTON HOTELS (U. K.) LTD. *v.* FRUMMER. Ct. App. N. Y. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Sidney H. Willner* for petitioner. *Irving A. Scheinberg* for respondent.